ORIGINAL

Mr. Kenneth W. Birchett Jr. #293812
Name and Prisoner/Booking Number
ASPC-Yuma/Cibola Unit
Place of Confinement
P.O. Box- 8909
Mailing Address
San Luis, Arizona 85349
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action)

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

FEB 0 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kenneth
(Full Name of Plaintiff),

Plaintiff,

v.

(1) Deputy Warden Garrison,
(Full Name of Defendant)
(2) C.O. IV Keleman,
(3) S.S.U. C.O. II Perez,
(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-00241-PHX-DLR--ESW
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: 42-U.S.C.A. 15601- thru- 15609

2. Institution/city where violation occurred: ASPC-Lewis/Stiner Unit
   P.O. Box- 3100
   Buckeye, Arizona
   85326

Revised 3/11/16

550/555

(1-of-15)

## B. DEFENDANTS

1. Name of first Defendant: **Deputy Warden Garrison**. The first Defendant is employed as: **Demoted to C.O.III Counselor** at **ASPC-Florence/Eyman Complex**.
   (Position and Title) (Institution)

2. Name of second Defendant: **C.O. IV Keleman**. The second Defendant is employed as: **Corrections Program Officer - IV** at **ASPC-Lewis Prison Complex**.
   (Position and Title) (Institution)

3. Name of third Defendant: **S.S.U. C.O. II Perez**. The third Defendant is employed as: **Safety Support Unit Officer** at **ASPC-Lewis Prison Complex**.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? **N/A**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

(ii - of - 15)

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment Cruel and Unusual Punishment and Retaliation under the U.S. Constitution

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   **I**
   On February 2nd, 2022, at approximately 07:00 A.M., I and all of Dorm-4 of the ASPC-Lewis "Stiner Red Unit" were awakened by "then" Deputy Warden Garrison and C.O.IV Keleman and S.S.U. C.O.II Perez and a barrage of A.D.O.C. Corrections Officers entering Dorm-4 "stumping their Boots loud."

   **II**
   The Correction Officer's opened the Doors to the Five (5) Housing Run "then in use" (B-Run - thru- F Run) Running in yelling "get your asses out the bed, sit up on your bunks with your hands folded on top of your head."

   (See - Attachment Supplemental Pages)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was exposed Naked, emotionally traumatized, mentally humiliate in the presence of 3-women, mentally demasculated by Corrections Officers yelling at me while I was Naked, and mentally stressed by the Women (All three) joking bout our nakedness.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

(1 - of -15)

## III

The Corrections Officers Garrison brought in from other Lewis Complex Units made up the Fifty (50) or more Officer's that ran into Dorm-4 and onto the Five (5) Housing Runs being B-Run through F-Run.

## IV

That under the Direct Command of Deputy Warden Garrison, the ADOC Correction Officer's "Ordered" all of us Inmates to stand in our Bed Cubicles and "Strip Naked" there on the Run in full view of all other Inmates and the High Depth Ceiling Camera's.

## V

That I asked the "John Doe" Corrections Officer at my Cubicle (see Video to identify Officer) if I could be Stripped-out in a Shower Stall in the Bath area "like they usually do" because my Bed Cubicle was Cubicle No. 1 which was positioned at the front of the Run in front of a 8-foot X 4-foot picture window allowing "plain view" of me Naked to the other Runs and all who were standing in the Horseshoe.

## VI

That the Corrections Officer (John Doe) told me that they were instructed by the "D.W." (Deputy Warden) to strip us out right there on the Run "No Exceptions".

( 2 - of - 15 )

## VII

That while "John Doe" Corrections Officer was stripping me "and the other inmates" naked on the Run, other Corrections Officers were walking through the Horseshoe "laughing and joking" about me and other's being naked on the Run including S.S.U. C.O. II Perez "a female".

## VIII

That also Deputy Warden Garrison "Who is the Warden of our Stiner Unit" at the ASPC-Lewis Prison Complex on February 2nd, 2022 was present "walking back and forth" past the Big Picture Windows (8 X 4) of each of the five (5) inmate occupied Runs "Micro-Managing" the strip searches.

## IX

That also present "walking back and forth" thru the Horseshoe watching through the 8-feet by 4-foot windows of each Run was Corrections Officer-IV Keleman who is Third (3rd) in Command at the ASPC-Lewis Prison Complex "Stiner Unit".

## X

That "both" Deputy Warden Garrison and C.O. IV Keleman "are Women" and were walking back and forth through the Horseshoe laughing at our nakedness.

( 3 - of - 15 )

## XI

That after "John Doe" Correction Officer Ordered me to strip totally naked in full view of other inmates, Officers and the Deputy Warden, C.O. IV, and S.S.U. C.O. II Perez and the High Depth Camera mounted directly over-head at my Bed Cubicle No. 1, the Corrections Officer then Ordered me "to spread my butt cheeks wide and squat and cough" While he stood behind me shinning his flashlight up the crack of my butt.

## XII

And that when this claimant stood erect, the "same" John Doe Corrections Officer said to me "out loud", to squat and spread again (a second time) because he couldn't see enough, (see Camera Video).

## XIII

That when I bent over spreading my butt cheeks and coughed "at his instructions", this same "John Doe" Corrections Officer was laughing while he shined his flashlight up my butt watching my spinkter muscle open and contract to my Ordered cough.

( 4 - of - 15 )

## XIV

That at all time during this unconstitutional search, a ADOC-Officer was in the Stiner Unit Administration "Monitoring the Search and our Naked humiliation."

## XV

That this unconstitutional strip search on camera amounted to "and constituted" a Eighth (8th) Amendment Violation act of "Cruel and Unusual Punishment".

## XVI

That this Unconstitutional strip search also constituted a Eighth (8th) Amendment Violation Act of Retaliation.

## XVII

That Deputy Warden Garrison and C.O IV Kelemen committed this Unconstitutional Act of Retaliation and Cruel and Unusual Punishment "against All of Dorm-4 of the Stiner Unit because of a Isolated incident that occurred the previous night of February, 1st, 2022 on "C"-Run of Dorm-4.

## XVIII

That during the previous night on February, 1st, 2022, Two (2) Hispanic Inmates fought One (1) single White Inmate Resulting in

( 5 - of - 15 )

NO SERIOUS INJURIES to the White inmate "all of which was caught on High Depth Surveillance Video".

### XIX

That moments following the February, 1st, 2022 incident on "C"-Run, Corrections Officers on the Swing Shift came in and Removed all three (3) inmates from the Dorm.

### XX

That Deputy Warden Garrison came to work the following morning on February, 2nd, 2022 with the intent to "teach Dorm-4 a lesson" where she "on her own" elected to Retaliate against the whole Dorm for the actions of three (3) inmates who fought among themselves.

### XXI

That at all times, Deputy Warden Garrison and "Third In Command" C.O. IV Keleman "who was present and participated in the actual Orchestration and execution of the legally Unconstitutional search "both" KNEW, or should have KNOWN as Administrators of the Stiner Unit that their actions "as executed" not only violated the 8th. Amendment of the U.S. Constitution, but also A.D.O.C. Policys.

(6 - of - 15)

## XXII

That the February, 2nd, 2022 actions of Deputy Warden Garrison and C.O. IV Keleman also violated the provisions of the A.D.O.C. Dept. Order-125 "Prison Rape Elimination Act" that governs the "Sexual Offenses Reporting".

## XXIII

That pursuant to the A.D.O.C. own D.O.-125, it states at Page-1 "Purpose" the following; "This Department has Zero tolerance for sexual harassment".

## XXIV

That the D.O. 125 Policy goes further to state; "a Staff Member who engages in Unlawful Sexual Conduct is subject to State and Federal criminal prosecution (5-ACI-3D-14) (Id. Pg. 1, Sec. 1.0.1.2 of D.O.-125).

## XXV

This Claimant contends that the "John Doe" Corrections Officer violated the P.R.E.A. Policy (D.O. 125) where under the Command of Deputy Warden Garrison, this Officer Ordered me to "grab my testicles and raise them up for him to inspect, and to grab and spread my butt cheeks and spread them allowing him to shine his flashlight up into my Rectum where the P.R.E.A. D.O.-125 Policy states the following;

( 7- of -15 )

Unlawful Sexual Conduct is;
"Requested touching of the genitalia, anus, groin, pubic area or buttock, (A.R.S. § 13-1419)
(Id. at Page-2, Sec. 1.0.1.2.1.2.1 of D.O.-125)

## XXVI

Claimant further contends that "both" Deputy Warden Garrison and C.O. IV Kelemen "Knew, or should have Known", that I myself, and All other Naked inmate were being Video Recorded in High Depth and those Recordings were being stored in the Computer System Servers/Hard-drives where any other Staff could access and Review the footage in Violation of the 8th. Amendment to the U.S. Constitution and the P.R.E.A. Policy D.O. 125 where it states; "Unlawful Sexual Conduct is;
"Photographing, videotaping, filming, digitally Recording or otherwise Viewing an inmate or offender while the inmate/offender is in a state of undress or partially undressed, or while the inmate/offender is urinating or defecating, (A.R.S. Sec. 13-1419)
(Id. Page-2, Sec. 1.0.1.2.1.2.3. of D.O.-125).

## XXVII

This inmate further contends that the Camera Mounted above Bed Cubicle No. 1 on every Run in all Six (6) Dorms of the Stiner Unit up until

(8 - of -15)

at least May, 26th, 2022 "All" are/were angled allowing viewing into the Restroom area's observing myself and other inmates urinating at the urinals, and defecating sitting on the toilets.

## XXIII

That Claimant also contend that the above three (3) allegations as described also violate claimant's 8th. Amendment U.S. Constitutional protected prohibition against cruel and unusual punishment.

## XXIX

That Deputy Warden Garrison, and C.O. IV Kelemen's actions of February, 2nd, 2022 "cannot be forgiven" under the Facade of Dept. Order-125, Sec. 1.0.1.2.2. holding; "sexual harassment, sexual contact or conduct does not apply to staff conducting pat down searches of inmates in the performance of their duty's as outlined in D.O. 708 "Searches".

## XXX

That the Dept. Order-708 contains No Provisions allowing the actions of Deputy Warden Garrison and

(9- of -15)

and C.O. IV Kelemen on February, 2nd, 2022 as to " squatting and spreading butt cheeks While Staff shine flashlights up my Rectum.

## XXXI

Further, Dept. Order-708 has no provisions allowing for the stripping of this claimant in plain open view of the Run and those Walking by in the horseshoe " including women where the Open Run is not a designated strip search area.

## XXXII

That during the Grievance Procedures, the Department's position has been that Deputy Warden Garrison did Nothing Wrong Where she was simply conducting a D.O. 702 "Compliance Check however, Compliance Checks never consisted of strip searches, nor does the D.O. 702 Policy provide for strip searches and lastly, Deputy Warden Garrison Never Compliance Searched the other 5 - Dorms.

## XXXIII

That within two (2) months, Deputy Warden Garrison was Removed from her post as Deputy Warden and "demoted" three (3) levels to a C.O. III Counselor and Re-assigned to the Eyman Prison Complex as a C.O. III Counselor.

(10 - of - 15)

## E. REQUEST FOR RELIEF

State the relief you are seeking: Plaintiff seek $100-K in Compensatory Damages for Humiliation, Mental Stress, Sexual Demaskulation, Emotional Teamatization, being Exposed on Camera Naked, and for yelling at me while I was Naked, unarmed and defenseless... And Punitive damages in the amount of $150-K where defendants actions were Retaliatory, malicious, meant to humiliate, demaskulating in the presence of all 3 women, and surveillance Recorded and viewed by many Staff Members that accessed it that very same day by computer "telling us they had viewed it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February, 2nd, 2023
DATE

X /s/ signature
SIGNATURE OF PLAINTIFF
(Kenneth D. Birchett Jr.)

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

(Notary Public)

(My Commission Expires)

A. LUGO
Notary Public - Arizona
YUMA COUNTY
Commission # 581598
Expires May 1, 2024

( 11 - of - 15 )

