# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Wayne Birchett, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Unknown Garrison, et al., <br><br> Defendants. | NO. CV-23-00241-PHX-DLR (ESW) <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 15, 2025, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 15, 2025

By   s/ Rebecca Kobza
     Deputy Clerk